# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1239
_____

RAYMOND RANDY ATKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
James Lee Marsh, Judge.


May 31, 2024

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Raymond Randy Atkins, pro se, Appellant.

Ashley Moody, Attorney General, and Sheron Lee Wells, Assistant Attorney General, Tallahassee, for Appellee.